UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GALLARDO and JOSE L. RUVALCABA,<br>Plaintiffs,<br>v.<br>BRIAN CATES,<br>Defendant. | Case No. 1:26-cv-08216-KES-HBK<br><br>ORDER DIRECTING PLAINTIFFS TO PAY FILING FEE OR FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>NOVEMBER 10, 2026 DEADLINE |

On September 18, 2026, Plaintiffs Gustavo Gallardo and Jose L. Ruvalcaba filed their pro se complaint in the Central District of California. (Doc. 1). The same day, each Plaintiff filed a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915, and they filed a joint motion for appointment of counsel under 28 U.S.C. § 1915(e)(1). (Docs. 2, 3, 5). On October 5, 2026, the case was transferred to this Court. (Doc. 11).

Although only one filing fee needs to be paid for a case, if multiple plaintiffs seek to proceed *in forma pauperis*, each plaintiff must demonstrate an inability to pay. *Ellis-Sanders v. Guardian Piazza D'Oro LLC*, No. 24-cv-00408-BAS-SBC, 2024 WL 4442012, at *2 (S.D. Cal. Sep. 4, 2024); *Anderson v. California*, No. 10 CV 2216 MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal. Oct. 27, 2010).

The Court has reviewed Plaintiffs' applications. The applications demonstrate that both Plaintiffs are receiving income but the information submitted on the current application is

insufficient for the Court to determine whether each Plaintiff is entitled to proceed without prepayment of fees in this action. The Court finds that it requires further information to rule on Plaintiffs' motions to proceed *in forma pauperis*.

Therefore, the Court will defer ruling on Plaintiffs' motions to proceed *in forma pauperis* and for appointment of counsel, (Docs. 2–3, 5) and require each Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) - AO 239, or pay the filing fee in full.

Accordingly, IT IS ORDERED:

1. No later than November 10, 2026, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) for each Plaintiff, complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) - AO 239.
2. The Clerk of Court shall enclose one blank AO 239 Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) with this Order for each Plaintiff's use, if appropriate.
3. If Plaintiffs fail to comply with this Order, the case may be dismissed for failure to prosecute and/or comply with a court order.

Dated: October 20, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE